Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT

FILED

for the

District of

OCT 10 2024

Division

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

Case No. ___7: 24-CV-257___
*(to be filled in by the Clerk's Office)*

LANDON PILKEY
_____

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

**-v-**

KANDI CAMPBELL
LINDSAY WILKERSON
_____

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here.)*

Jury Trial: *(check one)*  ☐ Yes  ☒ No

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Non–Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3

    Name                                    _____

    Job or Title *(if known)*                 _____

    Address                               _____

                                             *City*          *State*         *Zip Code*

    County                             _____

    Telephone Number             _____

    E-Mail Address *(if known)*       _____

    ☐ Individual capacity     ☐ Official capacity

Defendant No. 4

    Name                                      _____

    Job or Title *(if known)*                 _____

    Address                               _____

                                             *City*          *State*         *Zip Code*

    County                               _____

    Telephone Number             _____

    E-Mail Address *(if known)*       _____

    ☐ Individual capacity     ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."  Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

    A.    Are you bringing suit against *(check all that apply)*:

        ☐ Federal officials (a *Bivens* claim)

        ☒ State or local officials (a § 1983 claim)

    B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."  42 U.S.C. § 1983.  If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

        Due Process fifth and fourteenth amendment, access to discovery, ability to examine injured party in my defense, violation of 6th amendment, first amendment right to travel, failure to produce requested documents under FOIA

    C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights.  If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | LANDON PILKEY |
| Address | PO BOX 825 |

| | | |
|---|---|---|
| COAHOMA | TX | 79511 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | HOWARD |
| Telephone Number | |
| E-Mail Address | LANDONPILKEY9@GMAIL.COM |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | KANDI CAMPBELL |
| Job or Title *(if known)* | ADMINISTRATOR |
| Address | PO BOX 346 |

| | | |
|---|---|---|
| COAHOMA | TX | 79511 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | HOWARD |
| Telephone Number | |
| E-Mail Address *(if known)* | amanda.arguello@howardcountytx.com |

☒ Individual capacity    ☒ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | LINDSAY WILKERSON |
| Job or Title *(if known)* | ATTORNEY |
| Address | PO BOX 2096 |

| | | |
|---|---|---|
| BIG SPRINGS | TX | 79721 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | HOWARD |
| Telephone Number | 4322642205 |
| E-Mail Address *(if known)* | lindsay.wilkerson@howardcountytx.com |

☒ Individual capacity    ☒ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

,

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

At the Justice of Peace 2 office 110 N 1st Street Coahoma Texas 79511

B.    What date and approximate time did the events giving rise to your claim(s) occur?

The violations have begun since the unlawful detainment in the beginning of March and have continued with every document I filed that was ignored by the attorney and judge.

C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I was denied the excercising of my constitutional rights in the court room. Every documents I filed requesting the bond information the court had filed with my information and social was ignored. The court administered the trust I am a beneficiary of without my consent. Campbell and Lindsay Wilkerson refused to present a injured party for me to cross examine and violated the due process of court. The case was tried in a court where all the employees work for the same corporation. This case should have been in federal court as Wilkerson said that the state is the injured party the judge and the prosectuor which is the definition of Racketeering. Judge Campbell allowed presumptions in court after I had rebutted all presumptions. Campbell is direct violation of the Clearfield Doctrine. I stated many times I do not consent to these proceedings and she ignored all of paperwork and claims and issued rulings without stating case law or reasoning. Campbell is operating her court in a maritime/admirality court instead of a common law court.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Issued a warrant for my arrest which caused me emotional stress. Sent 7 armed men to my last place of employment to threaten people at the address. If I had been there and not complied with a fradulent warrant those men would have taken my life as is their policy and how they are trained under the Police Academy's guidelines.  Constantly threating me with arrest and a warrant. Restricting my freedom of travel. Had the Sherriffs office steal my business car and unlawfully impound the car with no warrant and no justification.

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

I am seeking an injuction against the State of Texas and Howard County form issuing any arrest warrants under Landon Blake Pilkey and to remove any that might have already been issued. I am asking this court to issue fines in the amount the federal government has already determined for this crimes. Remove the warrant that Campbell will issue. Also fine the judge and give her education on the common law system and due process. I am asking for a $100,000 amount be paid to me for violation of almost all of my rights guaranteed to me under the constitution. I have attached the fee schedule authorized by the federal government under different statutes. I can't get a fair trial in the state of Texas and Howard County I am asking this court to move Docket #24-0101JP2 from Howard County Justice of the Peace 2 State of Texas corporation to the Federal Court Docket.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    10/09/2024

Signature of Plaintiff
Printed Name of Plaintiff    Landon Pilky

### B.    For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

|  | City | State | Zip Code |
|---|---|---|---|

Telephone Number
E-mail Address

**Fee Schedule**
**LAWFUL LEGAL NOTICE**
Notice to the principal is notice to the agent
Notice to the agent is notice to the principal

| PROHIBITED ACTION | ASSOCIATED FEE |
|---|---|
| Violation of RIGHT TO TRAVEL In private capacity | $100,000.00 Per minute |
| Violation of title **18 USC 1001** using false, fictitious, fraudulent language | $150,000.00 Per Occurrence |
| Violations of title **18 USC section 242** deprivation of rights under color of law | $150,000.00 Per Occurrence |
| Violation of title **18 USC section 241** conspiracy against rights | $150,000.00 Per Occurrence |
| Reversing Provisional Credit | $50,000 Per Occurrence |
| Closing an account without permission | $1,000,000.00 Per Account |
| Refusing a negotiable instrument | $10,000.00 Per Occurrence |
| Violation of any USC resulting in loss, harm or injury | $ to be determined by injured party |
| Violation of international law resulting in loss, harm or injury | $ to be determined by injured party |
| Trespass Armed | $100,000.00 Per Occurrence |
| Trespass un-armed | $50,000.00 Per Occurrence |
| Practicing medicine without a license causing potential harm or actual injury | $1,000,000.00 Per incident |
| Given medical treatment without written consent | $1,000,000.00 Per incident |
| Detainment or arrest | $1,000,000.00 Per Occurrence |
| Detainment without any lawful contract | $5000.00 Per day |
| Damage to personal property (real, personal, intellectual, biological or negotiable) | 5x item value + $30,000.00 per item |
| Making claims to personal property (real personal intellectual biological or negotiable) | 5x item value + $30,000.00 per item |
| Death as a result of or during detainment | $150,000,000.00 payable to each of the surviving immediate family members |

| | |
|---|---|
| Seizure of electronic devices | 5x item value + $25,000.00 per item per day or fraction thereof |
| Assuming Jurisdiction/ Acting without Jurisdiction | $250,000 |
| Acting in Commercial/Admiralty/Maritime Law without valid Contract | $250,000 |
| Any attempt at accessing funds from Cestui que vi trust or Social Security Trust using my Social Security Number | $500,000 |
| Trust Fraud | $1,000,000 |
| Lying or Withholding information about bonds or and financial paper after request | $250,000 |
| Filing of Bonds and creating commercial paper without my written consent | $250,000 |
| Disregarding or Ignoring Speedy Trial Act or Interstate Agreement on Detainers Act | $500,000 |

This is a self-executing contract. The Commission of any PROHIBITED ACTION or knowingly failing to act to prevent the commission of any PROHIBITED ACTION represents agreement to the terms and fees of this document in it's entirety, All Person(s), Principal(s), Agent(s), Foundation(s), Association(s), Member(s) and entity(s) committing, conspiring to commit or failing to act to prevent the commission of one or more PROHIBITED ACTIONS, do accept, and agree to pay the ASSOCIATED FEE(s) for commission of such PROHIBITED ACTION(s), FEES are collectable immediately upon demand through payment in lawful money, lien, levy, garnishment, servitude and seizure, The FEES, damages and value(s) are set at the best appropriate value in the sole determination of the author / presenter / server of this document, The author / presenter / server of this document reserves the right to waive or modify fee amount(s) at anytime without notice, This document is NOT negotiable nor rebuttable, the only way to avoid immediate execution of this document is to NOT violate, permit violation or conspire to violate any part of it

Date 12/12/2022 Author/ presenter / sever mark:

Name: _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
(Name) — sui juris, without prejudice, UCC 1-308